# UNITED STATES DISTRICT COURT
for the

____Western____ District of ____Virginia____

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 1 9 2008

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

United States of America )
v. )
Bobby Junior Venable )
) Case No: 4:97CR70070-001
) USM No: 07344-084
Date of Previous Judgment: January 30, 1998 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ____110____ months **is reduced to** ____(see comments)____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: ____26____  Amended Offense Level: ____24____
Criminal History Category: ____V____  Criminal History Category: ____V____
Previous Guideline Range: ____110____ to ____137____ months  Amended Guideline Range: ____92____ to ____115____ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS
Sentence: 92 months OR time served, whichever is longer.

Except as provided above, all provisions of the judgment dated __1/30/98__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3/19/08

Effective Date: ~~3/13/08~~ 3/29/08
(if different from order date)

Jackson L. Kiser, Senior United States District Judge
Printed name and title