CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

FEB 12 2019

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| BOBBY JUNIOR VENABLE | ) Case No: 4:97-cr-70070-001 |
| | ) USM No: 07344-084 |
| Date of Previous Judgment: _____01/30/1998_____ | ) Randy V. Cargill |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level: _____ | Amended Offense Level: _____ |
| Criminal History Category: _____ | Criminal History Category: _____ |
| Previous Guideline Range: _____ to _____ months | Amended Guideline Range: _____ to _____ months |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III.  ADDITIONAL COMMENTS

Defendant has finished his term of incarceration and is currently in custody following revocation of his supervised release. No reduction is authorized.

Except as provided above, all provisions of the judgment dated  __01/30/1998__  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: _____02/12/2019_____

Judge's signature

Effective Date: _____
(if different from order date)

Hon. Jackson L. Kiser, Senior U.S. District Judge
Printed name and title